UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JANICE ADAMS,

        Plaintiff,

vs.                        Case No.   2:04-cv-335-FtM-33SPC

STEWART'S SLEEP CENTER, INC.,

        Defendant.
_____

## ORDER

This matter comes before the Court sua sponte. Pursuant to Notice of Mediation Conference (Doc. #15), mediation in the above styled matter was scheduled to occur on or before June 16, 2005. As of the date of this Order, a mediation report has not been filed.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

The parties are directed to advise the Court as the status of mediation within **ELEVEN DAYS** of the date of this Order.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida, this 21st day of June, 2005.

                                              _____
                                              VIRGINIA M. HERNANDEZ COVINGTON
                                              UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record